UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:09-cr-141 |
| v. ) | |
| ) | Judges Collier/Lee |
| JOHNNIE SHAHAN and ) | |
| MARGARET SHAHAN ) | |

## ORDER

Before the Court is the Government's motion for release of a protective order (Court File No. 41). On October 22, 2009, the Court issued a protect order on real property allegedly owned by Defendants (Court File No. 21). That protective order was recorded as Record Number 51830, Instrument Number 14913 in the Register's Office of Meigs County, Tennessee on November 5, 2009. The Government's motion (Court File No. 41) is **GRANTED** and the following real property is **RELEASED** from that protective order (Court File No. 21):

TRACT I:

BEING a 100 by 150 foot lot out of the Southeast corner of the tract conveyed to United States Fidelity & Guaranty Co., by deed dated May 10, 1956, and being more particularly described as follows:

BEGINNING at an iron post in the Southeast corner of the lot previously conveyed to Jones, which post is 100 feet East of the East line of the river Road; thence extending in an Easterly direction along the Banker-Fouts line, 150 feet to an iron post; thence extending North 100 feet to an iron post; thence extending West 150 feet to the East line of lot previously sold to Jones; thence extending South along Jones' East line 100 feet to the point of BEGINNING. BOUNDED as follows: West by Jones; north by other property of U.S. Fidelity & Guaranty Co; East and South by Baker-Fouts.

TRACT II:

BEGINNING on the Southwest corner of the herein conveyed tract in the East line of a county road called the River Road, said corner being 100 feet Northwardly along the said side of said road from

Hamilton County line, and being the NE corner of land previously sold to same parties; thence running Northwardly with and along said road 100 feet to an iron stake corner; thence the said tract extends Eastwardly of uniform width a distance of 250 feet to Fouts land. BOUNDED on the North by other land of Shahan; East by Fouts; South by Hamilton County line and on the West by River Road.

TRACT III:

BEGINNING at a point on the River Road, also known as Birchwood and Blythes Perry Road, also, being the Northwest corner of lands of W.M. Collins and Meigs and Hamilton Counties line; thence East and along said county line, a distance of 100 feet to a corner; thence North and parallel with River Road a distance of 100 feet; thence West a distance of 100 feet to a point in the East margin of River Road; thence South along and with said River Road a distance of 100 feet to the point of BEGINNING. Said lot of land is BOUNDED on the West by River Road; on the North and East by lands of Luther Shahan and on the South by Meigs and Hamilton County line.

BEING the same real estate conveyed to Johnnie Lee Shahan by deed dated October 10, 1984, and recorded in Deed Book D3, page 621, in the Register's Office of Meigs County; Tennessee

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**